| | |
|---|---|
| Natalie Rainforth Poteet, Bar No. 259379<br>DONER LAW, PLC<br>1750 Tysons Boulevard, Suite 1500<br>Tysons Corner, Virginia 22102<br>Telephone: (703) 462-5472<br>Facsimile: (703) 462-5437<br>npoteet@donerlawplc.com | Vincent Tong, SBN 271483<br>TONG LAW, P.C.<br>1999 Harrison Street, 18th Floor<br>Oakland, California 94612<br>Telephone: (510) 371-7835<br>Fax: (510) 210-1312<br>vincent@tong-law.com |
| Attorneys for Plaintiff/Counter-Defendant,<br>SPH DIGITAL INC. | Attorneys for Defendants/Counter-Claimant,<br>TAO CONSULTING LLC and SEAN TAO<br>A/K/A CHUNG S. TAO |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SPH DIGITAL INC.,<br><br>    Plaintiff/Counter-Defendant,<br><br>vs.<br><br>TAO CONSULTING LLC, et al.,<br><br>    Defendants/Counter-Claimant. | Case No. 3:24-CV-00861-CRB<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**: ORDER<br><br>Hon. Charles R. Breyer |

Plaintiff SPH Digital Inc., on the one hand, and Defendants Tao Consulting LLC and Sean Tao a/k/a Chung S. Tao on the other (collectively, the "Parties"), by and through their counsel of record, hereby advise that the Parties have reached a resolution in the above-captioned matter. Accordingly, the Parties move the Court to dismiss this action, in its entirety and with prejudice.

**UPON CONSIDERATION WHEREOF AND FOR GOOD CAUSE SHOWN**, the Court is of the opinion that the request for dismissal should be granted.

**WHEREFORE**, it is **ADJUDGED, ORDERED, AND DECREED** that the above-captioned litigation be and hereby is dismissed, in its entirety and *with prejudice*.

**SO ORDERED**, this __5th__ day of __December__, 2024.

_____
Hon. Charles R. Breyer

SO STIPULATED AND AGREED:

*/s/ Natalie Rainforth Poteet*
Natalie Rainforth Poteet, Bar No. 259379
DONER LAW, PLC
1750 Tysons Boulevard, Suite 1500
Tysons Corner, Virginia 22102
npoteet@donerlawplc.com

Attorneys for Plaintiff/Counter-Defendant,
SPH DIGITAL INC.

*/s/ Vincent Tong*
VINCENT TONG, SBN 271483
TONG LAW
1999 Harrison Street, 18th Floor
Oakland, California 94612
Telephone: (510) 371-7835
Fax: (510) 210-1312
vincent@tong-law.com

Attorney for Defendants/Counter-Claimant,
TAO CONSULTING LLC and
SEAN TAO A/K/A CHUNG S. TAO